**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRED BATCHELOR & ODETTE CAUSEY-BATCHELOR, H/W, | : <br> : No.: 23-cv-2223-JMY <br> : |
| V. | : <br> : |
| TIFFANY BOSCO HEALEY | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P.41(a)(1)(ii), Plaintiffs, Fred Batchelor and Odette Causey-Batchelor, and Defendant, Tiffany Bosco Healey, through undersigned counsel, note that this matter has settled and hereby stipulate and agree to the dismissal of this action in its entirety on the merits with prejudice and with each party to bear its own fees and costs.

Respectfully submitted this 27th day of February, 2024.

/s/ Jordan Strokovsky
_____
Jordan Strokovsky
STROKOVSKY LLC
1650 Market St. Suite 3600
Philadelphia, PA 19103
215-317-6545
jordan@actionafterinjury.com

_____
Jennifer A. Santiago
LAW OFFICE OF KENNETH S. O'NEIL
1601 Cherry St., Suite 1210
Philadelphia, PA 19102
215-557-5635
Jennifer.santiago@aalstate.com

**BY THE COURT :**

/s/ John Milton Younge
_____
**JOHN M. YOUNGE, J.**

DATED: February 28, 2024

## **CERTIFICATE OF SERVICE**

I, Jordan Strokovsky, hereby certify that the foregoing document to be filed electronically via Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record on February 27, 2024.

                                                **STROKOVSKY LLC**

                                            */s/ Jordan Strokovsky, Esquire*
                                            Attorney for Plaintiff